No. 57057.—Tuck High & Co. v. United States, protest 188280–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of vegetables, prepared or preserved, similar in all material respects to those the subject of Abstract 55731, the claim of the plaintiff was sustained.